FILED 11 DEC '18 12:09 USDC-ORE

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |
|---|---|
| Robert Bordick<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br><br>See attached<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  6:18cv02122-MK<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Bordick |
| Street Address | ℅ 2755 East Long Oak Loop Apt C. |
| City and County | Eugene, Lane |
| State and Zip Code | Oregon, 97404 |
| Telephone Number | (541)-731-6014 |
| E-mail Address | N/A |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Viriam K. Khalsa.

Job or Title *(if known)* — Hearings Officer, (Homes for Good Housing).

Street Address — 177 Day Island Rd., Eugene OR.    Lane.

City and County — Oregon.    Eugene, Lane.

State and Zip Code — Oregon   97401.

Telephone Number — (541)-682-3755.

E-mail Address *(if known)* — vkhalsa@homesforgood.org.

Defendant No. 2

Name — Robin Spencer.

Job or Title *(if known)* — Apartment Manager, for Carbridge Real Estate Services.

Street Address — 2755 East Lone Oak Loop Way.

City and County — Eugene, Lane.

State and Zip Code — Oregon, 97404.

Telephone Number — (541)- 461-3060.

E-mail Address *(if known)* — thevillages@cresapt.com.  (cresapt.com)

Defendant No. 3

Name — Caleb Bethos.

Job or Title *(if known)* — Thomson Landscape Company Employee.

Street Address — Work: 4140 West 13th Ave, Eugene

City and County — Eugene, Lane

State and Zip Code — Oregon, 97402.

Telephone Number — Work: (458)-215-1100; (541)-686-3469.

E-mail Address *(if known)* — Work: N/A  (facebook messenger)

Defendant No. 4

Name — Derrick of Thomson

Job or Title *(if known)* — Thomson Landscape Company Employee.

Street Address — Work: 4140 West 13th Ave, Eugene

City and County — Eugene, Lane.

State and Zip Code — Oregon, 97402.

Telephone Number — Work: 541-215-1100; (541)-686-3469.

E-mail Address *(if known)* — Work: (458) (N/A) (facebook messenger)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 5

Name Cambidge Real Estate Services

Job or Title *(if known)* Property Managment of Greenleaf Apartments

Street Address 1107 N.W. 14th Avenue, Portland

City and County Portland,

State and Zip Code Oregon, 97209

Telephone Number (503)-450-0230

E-mail Address *(if known)*

Defendant No. 6

Name Thomson, Landscape Company

Job or Title *(if known)* Landscape Company

Street Address 4140 W. 13th Ave.

City and County Eugene, Lane

State and Zip Code Oregon, 97402

Telephone Number (541)-686-3469

E-mail Address *(if known)*

Defendant No. 7

Name Home for Good Housing

Job or Title *(if known)* A (H U D) Agency

Street Address 177 Day Island Rd.

City and County Eugene, Lane

State and Zip Code Oregon, 97401

Telephone Number (541)-682-3755

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*



## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                  □ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

① (Due Process)
Amendmet V; ② U.S. Code Title 28 Part VI Chapter 181 § 4101

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

        _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

III.

Statement of Claim:

(#2) At the Material time the defendant, Robin Spencer Property manager for Cambridge Real Estate Services for Green Leaf Villages in Eugene Oregon, named the Defe Plaintiff as the suspect of an alleged assault on Caleb Bethos, Employee of Thomson Landsape Company at Green Leaf Villages Apartments on 6/1/18. Cambridges Lawyer Leah Syked, on June 14th 2018 sent a 30 day For Cause Termination Notice to the Plaintiff and Homes for Good Housing Agency, ultimately leading to the Plaintiffs Section 8 termination

Robert Bordick    12/11/18

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① At the material time the defendants, Viriam K. Khalsa and Christie Chanp of Homes for Good Housing in Eugene (Hearings officer Ad) (case manager) the Plaintiffs Section 8 housing voucher Oregon 9740 on 7/24/18 terminated Cambridge Real Estate Services. The Plaintiff feels the six working days due to alleged lease violations with was/is not enough time to gather evidence to secure a positive outcome at the informal Hearing.

② see Attached →

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seek the facts heard that lead to his termination of section 8. The Plaintiff deems it beneficial to overturn the ruling of Viriam K. Khalsa to reinstate his section 8 to continue help with the cost of rent at Green Leaf Village.

The Plaintiff has lost $5,950 total for the next three years of ineligibility till he can reapply for section 8. Also the Plaintiffs future rental history is at jeopardy due to the nature of the allegation. He would like to see these allegations expanged from both Cambridge Real estate Services and Homes for Good Housing Agency

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/11/18

Signature of Plaintiff

Printed Name of Plaintiff    Robert Bordick

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address